UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


IN RE: J. HENDERSON,                        )
                                            )
                 Plaintiff                  )
                                            )
v.                                          ) Civil No.  8-56-P-S
                                            )
CORRECTONS, ME DIRECTOR, et al.,            )
                                            )
                 Defendants                 )


ORDER GRANTING LEAVE TO PROCEED
*IN FORMA PAUPERIS*

        Plaintiff, an inmate at the Marquette Branch Prison, Marquette, Michigan, seeks leave to

proceed *in forma pauperis*.  The Amended Application to proceed *in forma pauperis* has been

completed and is accompanied by a Certificate signed by an authorized individual from the

Institution.  The Certificate evidences that the applicant has $0.05 in his account as of March 13,

2008; that over the last six months the average deposits have been $22.45 and the average

monthly balance has been $2.15.

        The application is GRANTED, however, pursuant to 28 U.S.C. section 1915(b)(1),

Plaintiff is required to pay the entire filing fee in this matter as funds become available.  An

initial partial filing fee is hereby ASSESSED in the amount of $4.49.  In the event Plaintiff elects

to proceed with this matter and so notifies the Court, the initial partial filing fee shall be

forwarded by the institution as soon as funds are available. Subsequent payments **of twenty**

**percent (20%) of Plaintiff's prior monthly income** shall be forwarded directly **by the**

**institution** each time the amount in the inmate's account exceeds $10.00 until such time as the

entire filing fee of $350.00 has been paid.  Plaintiff is advised that, in the event he is released

from incarceration prior to the filing fee of $350.00 being paid in full, he is still required to pay the entire filing fee, absent further order of the court relieving him of the obligation.

In addition, Plaintiff is hereby on notice that the Court may dismiss this action if it:

(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or

(2) seeks monetary relief from a defendant who is immune from such relief.

28 U.S.C. § 1915A(b).  If the Court does dismiss the action under this section, Plaintiff will still be required to pay the filing fee in full.

Further, Plaintiff is hereby on notice that a prisoner with three in forma pauperis actions dismissed under section 1915(e) may not thereafter, absent "imminent danger of serious physical injury," file a new action without prepayment of the entire filing fee.  28 U.S.C. § 1915(g).

Now therefore, Plaintiff shall notify the Court no later than April 22, 2008, whether he intends to incur the cost of the filing fee and proceed with this action, or whether he intends to forego this litigation at this time.  If Plaintiff elects to proceed, the written notification shall clearly indicate that Plaintiff understands his obligation to pay the full $350 filing fee as funds are available, and that he nevertheless wishes to proceed with the action.  Failure to fully comply with this Order will result in the issuance of a recommendation to dismiss the Complaint.  A copy of this Order shall be forwarded to the Business Office of Marquette Branch Prison, Marquette, Michigan, *following* Plaintiff's **indication to the Court that he intends to go forward with this matter and incur the $350.00 cost of suit.**

SO ORDERED.

Dated April 1, 2008                           /s/ Margaret J. Kravchuk
                                              U.S. Magistrate Judge