UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| IN RE:  J. HENDERSON, | ) ) ) ) ) | Civil No. 08-56-P-S |

ORDER ON THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The Magistrate Judge filed her Recommended Decision (Docket No. 5) on March 25, 2008, which recommended that this action be dismissed for lack of prosecution based on Plaintiff's failure to comply with the February 21, 2008 Order to Show Cause (Docket No. 3).  Also, on March 25, 2008, Plaintiff Jobey Henderson filed his belated Response (Docket Nos. 6 & 7) to the Court's Order to Show Cause (Docket No. 3).

In light of Plaintiff's belated compliance with the Order to Show Cause, the Magistrate Judge's Recommended Decision is **DENIED**, and the Court's Order to Show Cause is **DISMISSED**.

**SO ORDERED.**

 /s/ George Z. Singal
Chief United States District Judge

Dated this 21st day of April, 2008.